UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

  v.                                                         Case No. 06-CR-15

CARLOS MARTINEZ,

    Defendant.

## ORDER TO PRODUCE THE
## DEFENDANT FOR DEATHBED VISIT

Upon the motion of defendant, Carlos Martinez, by his attorney, Krista Halla-Valdes,

IT IS HEREBY ORDERED that the defendant be produced by the U.S. Marshal Service for a deathbed visit with his grandfather, Manuel Martinez, at St. Elizabeth's Hospital in Appleton, Wisconsin, upon the following conditions:

1. Attendance at the visit will be strictly limited to the defendant, the transporting deputies, and hospital personnel;

2. The defendant will be properly restrained consistent with current procedures of the U.S. Marshal's Service;

3. The visit will not exceed two (2) hours;

4. The transporting deputies may terminate the visit at any time should a security problem threaten the custody of the defendant, the safety of the public, or the deputies;

5. A minimum of two (2) deputies will be used in producing the defendant for the visit. The U.S. Marshal Service may augment the detail with additional deputies as necessary to ensure adequate security; and

6. In advance of the production of the defendant for the visit, the sum of $358.00 shall be delivered to the U.S. Marshal's Service as reimbursement of its cost for producing the defendant. Brenda Martinez, the defendant's sister, is responsible for any costs of the U.S. Marshal's Service which exceed $358.00.

Dated this 27th day of July, 2006.

s/ William C. Griesbach
WILLIAM C. GRIESBACH
United States District Judge